IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
UNITED STATES OF AMERICA

                          Plaintiff

      -vs-

ZAKKEE A. SEARS

                         Defendant
------------------------------------------------

CASE NO. 5:11CR084

<u>ORDER ACCEPTING PLEA
AGREEMENT AND JUDGMENT</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Zakkee A. Sears which was referred to the Magistrate Judge with the consent of the parties.

    On 11 April 2012, the government filed a three-count superseding indictment against Zakkee A. Sears for conspiracy to obstruct justice/tampering with a witness in violation of 18 U.S.C. § 371, and corruptly interfering with a proceeding and tampering with a witness in violation of 18 U.S.C. § § 1503, 1512(b) and 2. On 17 April 2012, a hearing was held in which Zakkee A. Sears entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr. On 14 May 2013, Magistrate Judge McHargh received Zakkee A. Sears's plea of guilty and issued a Report and

Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Zakkee A. Sears is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Zakkee A. Sears is adjudged guilty of Count Four in violation of 18 U.S.C. § 371.

IT IS SO ORDERED.

Dated: 18 June 2013

UNITED STATES DISTRICT JUDGE